**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                Plaintiff,

    -against-

THE CHILDREN'S VILLAGE,
WESTCHESTER COUNTY,
WESTCHESTER COUNTY DEPARTMENT
OF SOCIAL SERVICES,
JASON BROWN,
and ELLIOT PERRYMAN,

                Defendants.

05 Civ. 737 (CLB) (LMS)

**AFFIDAVIT FOR JUDGMENT BY DEFAULT AGAINST DEFENDANT JASON BROWN**

ECF CASE

---

Alan Vinegrad, Esq., being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and am a partner with the firm of Covington & Burling, attorneys for plaintiff in the above-entitled action. I am familiar with the facts and circumstances underlying this action.

2. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendant Jason Brown.

3. This is an action to recover compensatory and punitive damages from defendant Brown and others to plaintiff for the harms that plaintiff suffered in a series of assaults and sexual assaults at the hands of defendants Perryman and Brown in November 2003 at The Children's Village, a residential treatment center in Dobbs Ferry, New York.

*[Handwritten memo endorsement in left margin:]* This document was docketed as a Motion (Doc. No. 22) which it is not. Treated as a Motion, the Motion is denied. The default of Jason Brown is noted. No judgment will enter unless on plea of Jason Brown, or, results as against all defendants. See Rule 54, F.R.Civ.P. SO ORDERED. Charles Brieant, USDJ. May 7 [...]