UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, as legal guardian of JOHN DOE, an infant,

               Plaintiff,

               -against-

THE CHILDREN'S VILLAGE, WESTCHESTER
COUNTY, WESTCHESTER COUNTY
DEPARTMENT OF SOCIAL SERVICES, JASON
BROWN, and ELLIOT PERRYMAN,

               Defendants.

Index No : 05 Civ. 737 (CLB) (LMS)

ECF Case

**ORDER**

LISA MARGARET SMITH, Magistrate Judge:

This matter, coming before the Court upon the motion of Defendants The Children's Village, Westchester County and Westchester County Department of Social Services (collectively, "Move Defendants") for an order directing the Westchester County Office of the District Attorney (the "District Attorney") to partially unseal the file of the criminal case *The People of the State of New York v. Jason Brown*, Indictment No. 1597-03) (the "Criminal Action"), and permit the Moving Defendants access to inspect and copy photographs and digital images taken of the anus and rectal area of the alleged injured victim in this action, John Doe, taken by Dr. Barbara Griffith at her offices in Yonkers, New York and at St. Joseph's Medical Center in Yonkers, New York, and purportedly depict injuries allegedly sustained by John Doe as a result of the alleged underlying incident that took place on November 20, 2003.



2197296.1

Is it hereby ordered that,                    Docket # 119

1.    The application of the Moving Defendants is hereby granted, and the District
Attorney is directed to permit the Moving Defendants to have access to and copy the requested
photographs and digital images.

2.    Production of the photographs and digital images pursuant to this order shall be
made by December 31, 2008.

Dated: December 17, 2008
        White Plains, New York

 

Lisa Margaret Smith
United States Magistrate Judge

- 2 -

2197296.1